IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DELLMAR RAY PHILLIPS,**                    3:11-CV-01212-BR

    **Plaintiff,**                         **JUDGMENT**

**v.**

**JOE DECAMP, Superintendent**

    **Defendant.**

    Based on the Court's Opinion and Order (#37) issued May 31, 2012, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 31st day of May, 2012.

                                            /s/ Anna J. Brown

                                            ANNA J. BROWN
                                            United States District Judge